UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEITH WROMAS JR.,

    Plaintiff,

vs.                                      Case No.:  3:20cv2698/MCR/ZCB

LIEUTENANT MURSCH,

    Defendant.
_____/

### **ORDER**

The magistrate judge issued a Report and Recommendation on October 24, 2022.  (Doc. 83).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**: the magistrate judge's Report and Recommendation (Doc. 83) is adopted and incorporated by reference in this order.

1

**DONE AND ORDERED** this 4th day of January 2023.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**