UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEITH WROMAS, JR.,
    Plaintiff,

vs.                                    Case No.:  3:20cv2698/MCR/ZCB

LIEUTENANT MURSCH, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on December 13, 2022.  (Doc. 116).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 116) is adopted and incorporated by reference in this order.

2. The Clerk of Court is directed to enter judgment in accordance with this order.

**DONE AND ORDERED** this 4th day of January 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**